IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| | : | |
| JOE THOMAS RICHARDS, JR., | : | CASE NO. 23-59809-wlh |
| | : | |
| Debtor. | : | CONTESTED MATTER |
| | : | |
| UNITED BANK, | : | |
| | : | |
| v. | : | |
| | : | |
| JOE THOMAS RICHARDS, JR., Debtor; and S. GREGORY HAYS, Trustee, | : | |
| | : | |
| Respondents. | : | |
| | : | |

**AMENDED NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that **United Bank** has filed a Motion for Relief from Stay and related papers with the Court seeking an order of relief from the Automatic Stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion at **9:30 A.M.** on **January 23, 2024** in Courtroom 1403, United States Courthouse, 75 Ted Turner Drive SW, Atlanta, Georgia 30303, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may which to consult one.)  If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a

written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Spring Street, S.W., Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

IF A HEARING ON THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. If a final decision cannot be rendered by the Court within sixty (60) days of the date of the request, Movant waives the requirement that a final decision be issued within that period. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: December 22, 2023        Signature:    /s/ J. Daniel Kalamaro
                                              J. Daniel Kalamaro
                                              Counsel for Movant
                                              GA Bar No.: 501360
                                              225 North Jeff Davis Drive
                                              Fayetteville, Georgia 30214
                                              770-284-8714
                                              daniel@kalamarolaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| | : | |
| JOE THOMAS RICHARDS, JR., | : | CASE NO. 23-59809-wlh |
| | : | |
| Debtor. | : | CONTESTED MATTER |
| | : | |
| UNITED BANK, | : | |
| | : | |
| v. | : | |
| | : | |
| JOE THOMAS RICHARDS, JR., Debtor; and S. GREGORY HAYS, Trustee, | : | |
| | : | |
| Respondents. | : | |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

    The undersigned, J. Daniel Kalamaro, hereby certifies that I am, and all times hereinafter mentioned, more than 18 years of age, and that I served the AMENDED NOTICE OF HEARING on the following parties electronically, if allowed and pursuant to the requirements of local rule(s), or by depositing same in the United States Mail in a properly addressed envelope with adequate postage to all others, as follows:

Joe Thomas Richards
433 Wilson Drive
McDonough, Georgia 30252

Paul Reece Marr
Paul Reece Marr, P.C.
6075 Barfield Road, Ste 213
Sandy Springs, Georgia 30328

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, Georgia 30305

    This 21 day of December, 2023.

                                                                        Kalamaro Law Office, LLC
                                                                       Attorney for Movant

                                                By: /s/ J. Daniel Kalamaro
                                                J. Daniel Kalamaro
                                                Ga. Bar No.: 501360

225 North Jeff Davis Drive
Fayetteville, Georgia 30214
770-284-8714
daniel@kalamarolaw.com